ADJ
PS-8
8/88

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jmari Kylik Hawkins                          Docket No. 5:23-CR-300-1BO

**Petition for Action on Conditions of Pretrial Release - ADJUDICATED**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jmari Kylik Hawkins, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at New Bern, on the 11th day of October, 2023.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 14, 2024, during a scheduled office appointment, Hawkins admitted to smoking marijuana to deal with various issues causing him stress. Hawkins submitted to a urinalysis which was packaged for shipment to Abbott labs for confirmation. Notably, he signed a Drug Admission Form indicating he last used marijuana on/about March 9, 2024.

As a result of the above noted violation conduct, Hawkins was verbally reprimanded, expressed remorse, and warned that continued substance abuse issues could result in negative actions being taken in his case. Additionally, the defendant agreed to obtain a substance abuse assessment to determine if substance abuse counseling is recommended. Based on the above information, the probation officer respectfully recommends the conditions of release be modified to include participation in a program for substance abuse therapy and counseling. Contact with defense counsel indicated no objections to the proposed modification. The defendant signed a waiver of hearing agreeing to the proposed modification to the conditions of pretrial release.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer.

- The defendant must submit to testing for a prohibited substance if required by the probation office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

Jmari Kylik Hawkins
Docket No. 5:23-CR-300-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: March 21, 2024

### ORDER OF THE COURT

Considered and ordered the 21 day of March, 2024, and ordered filed and made part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge